JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK MICHAEL CZAJA,<br><br>　　　　　　Petitioner,<br><br>　　　vs.<br><br>MATTHEW CATE, Warden,<br><br>　　　　　　Respondent. | ) Case No. EDCV 10-372-DMG (DTB)<br>)<br>)<br>) **J U D G M E N T**<br>)<br>)<br>)<br>)<br>)<br>) |

　　　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.


Dated:　May 23, 2011

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE